**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RAILWARE, INC., <br><br>             Plaintiff, <br><br>     v. <br><br> PENINSULA CORRIDOR JOINT POWERS BOARD, <br><br>             Defendant. | Case No.  5:25-cv-05725-BLF <br><br> **ORDER GRANTING ADMINISTRATIVE SEALING MOTION** <br><br> [Re: ECF No. 85] |

Before the Court is Plaintiff's administrative motion to consider whether another party's material should be sealed.  ECF No. 85.  Defendant has filed a declaration in support of sealing. ECF No. 114.

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)).  Accordingly, when considering a sealing request, "a 'strong presumption in favor of access' is the starting point." *Id.* (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).  Parties seeking to seal judicial records relating to motions that are "more than tangentially related to the underlying cause of action" bear the burden of overcoming the presumption with "compelling reasons" that outweigh the general history of access and the public policies favoring disclosure. *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016).

Parties moving to seal documents must also comply with the procedures established by Civ. L.R. 79-5. Pursuant to Civ. L.R. 79-5(b), a sealing order is appropriate only upon a request

that establishes the document is "sealable," or "privileged or protectable as a trade secret or otherwise entitled to protection under the law." "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)." Civ. L.R. 79-5(b). In part, Civ. L.R. 79-5(d) requires the submitting party to attach a "proposed order that is narrowly tailored to seal only the sealable material" which "lists in table format each document or portion thereof that is sought to be sealed," Civ. L.R. 79-5(d)(1)(b), and an "unredacted version of the document" that indicates "by highlighting or other clear method, the portions of the document that have been omitted from the redacted version." Civ. L.R. 79-5(d)(1)(d). "Within 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." Civ. L.R. 79-5(e)(1).

Plaintiff's administrative motion concerns whether to seal portions of the first amended complaint and exhibits attached thereto. Defendant must show that sealing is warranted under the compelling reasons standard because the complaint is self-evidently "related to the merits of the case." *Ground Zero Ctr. for Non-Violent Action v. United States Dep't of Navy*, 860 F.3d 1244, 1261 (9th Cir. 2017). The Court finds there are compelling reasons to seal the portions identified in the administrative sealing motion, which concern proprietary technical information whose disclosure could competitively injure the Parties. *See SanDisk3d IP Holdings Ltd. v. Viasat, Inc.*, No. 22-cv-04376-HSG, 2025 WL 835034, at *2 (N.D. Cal. Mar. 17, 2025) ("Courts routinely grant motions to seal confidential source code and product operation information."); *see also DSS Tech. Mgmt., Inc. v. Apple, Inc.*, No. 14-cv-05330-HSG, 2020 WL 789549, at *2 (N.D. Cal. Feb. 18, 2020).

The motion is GRANTED. The Court ORDERS the following to remain under seal.

| ECF No. | Document | Portion to Seal | Reason |
|---------|----------|-----------------|--------|
| 85-2 | First Amended Complaint | Highlighted Portions | GRANTED: The material includes confidential source code and product operation information, the |
| 85-3 | Exhibit D to First Amended Complaint | Entire Document | |
| 85-4 | Exhibit E to First Amended Complaint | Entire Document | |

2

| 85-5 | Exhibit F to First Amended Complaint | Entire Document | disclosure of which would harm the Parties. |
|------|--------------------------------------|-----------------|---------------------|
| 85-6 | Exhibit K to First Amended Complaint | Entire Document | |
| 85-7 | Exhibit M to First Amended Complaint | Entire Document | |
| 85-8 | Exhibit X to First Amended Complaint | Entire Document | |
| 85-9 | Exhibit AA to First Amended Complaint | Entire Document | |

**IT IS SO ORDERED.**

Dated:  June 10, 2026

_____
BETH LABSON FREEMAN
United States District Judge

3