United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAILWARE, INC.,<br>Plaintiff,<br>v.<br>PENINSULA CORRIDOR JOINT POWERS BOARD D/B/A CALTRAIN,<br>Defendant. | Case No. 25-cv-05725 BLF (NC)<br>**ORDER RESOLVING DISCOVERY DISPUTES**<br>**RE: ECF 165** |

This order resolves discovery disputes raised by joint letter brief at ECF 165, supplemented by materials filed at ECF 168-172. Each side raises discovery issues; all concern disclosures and discovery about damages. On Railware's side, Railware moved to compel production of documents (RFPs 11, 40-44, 46-47) from Caltrain that Railware contends are relevant to its damages. Caltrain moved to compel supplementation of Railware's Patent Local Rule 3-8 damages contentions. I held a hearing today and grant each side remedies set forth below.

On Railware's requests, after further meet and confer between counsel, Caltrain agreed to supplementation. As set forth on the record, Caltrain said it would specify certain Bates numbers for responsive documents by September 9, 2026, and would produce responsive documents in various specified categories (responsive to RFPs 11, 40-44, 46-47) by September 16, 2026. Then, the parties will confer and by September 25,

2026, file a joint discovery report if there are any further disputes.

Next, the Court grants Caltrain's motion to compel Railware to supplement its damages contentions under Patent Local Rule 3-8. That Rule requires the party asserting patent infringement (here, Railware), for "each category of damages sought, provide a good faith explanation of the theory of damages and the factual basis for damages." The Court reviewed Railware's contentions and agrees with Caltrain that they fall short of sufficiently explaining the factual basis for each category of damages sought.

The Court orders Railware to serve supplemental damages contentions by October 5, 2026, that fully comply with Patent L.R. 3-8 to provide the following (the "Supplemental Damages Contentions") for each category of damages sought:

a. its good faith explanation of the theory of damages and the factual basis for damages;

b. its proposed royalty base and royalty rate and the factual basis and methodology for them;

c. the factual basis and methodology for Railware's cost savings, cost avoidance, accident avoidance, and risk mitigation theories as related to Caltrain;

d. the factual basis and methodology that EEPS (Enhanced Employee Protection System) at Caltrain "prevents injury and damage" and avoids "reputational harm" and litigation exposure;

e. the factual basis on which Railware relies to contend that the accused EEPS functionality would have prevented any accident or avoided any identified cost;

f. the factual basis for treating the Amtrak and SEPTA settlements as comparable and any adjustments Railware contends are appropriate in applying those settlements to Caltrain;

g. its factual basis and methodology for apportioning the value attributable to the accused EEPS functionality from other functionality, products, and services from the ROCS (Rail Operations Control System) and ROCS agreements with other systems and services; and

h. the date of the hypothetical negotiation and the factual basis for that date.

*See* ECF 165, at 2-3.

The parties must file a joint discovery update with the Court by October 14, 2026, regarding any issues with the Supplemental Contentions. In response to the Supplemental Contentions, Caltrain may serve Supplemental Responsive Damages Contentions by October 21, 2026.

The parties may apply to the presiding judge, District Court Judge Beth Labson Freeman, to seek modification of any other case deadlines.

No fees or costs are presently awarded. Docket 165 is resolved. A separate order will address the sealing requests. This order will be publicly filed as it reveals no confidential information.

**IT IS SO ORDERED.**

Dated: August 26, 2026

NATHANAEL M. COUSINS
Chief Magistrate Judge

United States District Court
Northern District of California