United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

RAILWARE, INC.,

Plaintiff,

v.

PENINSULA CORRIDOR JOINT POWERS BOARD,

Defendant.

Case No. 25-cv-05725-BLF

**ORDER GRANTING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**

[Re: ECF No. 216]

Before the Court is Caltrain's motion for leave to file a motion for reconsideration. *See* ECF No. 216 ("Mot."); Civ. L.R. 7-9. Caltrain seeks reconsideration of the Court's construction of the "code" terms. *See* ECF No. 208 at 4–8. The motion for leave is GRANTED. The Court further construes Caltrain's motion for leave as a motion for reconsideration. No separate motion for reconsideration should follow. Railware shall file a response no later than December 3, 2026, not to exceed five pages. No reply is permitted.

**IT IS SO ORDERED.**

Dated: November 18, 2026

BETH LABSON FREEMAN
United States District Judge